Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

James Sims,

    Petitioner,

vs.

Bureau of Prisons and Residential
Reenty Manager, North Central Region,

    Respondents.

JUDGMENT IN A CIVIL CASE

Case No.  3:25-cv-173

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

That the United States' motion to dismiss, (Doc. 21), is GRANTED and Sims' petition for habeas relief, (Doc. 1), is DENIED. Additionally, the court finds any appeal would be frivolous, could not be taken in good faith, and may not be taken in forma pauperis.

Date: December 29, 2025

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Bre Solberg Luedtke, Deputy Clerk*